UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RICHARD IDEN,

                Plaintiff,

v.

DOCTOR DIKIN, et al.,

                Defendants.

Case No. 3:25-cv-00006-ART-CSD

ORDER GRANTING MOTION TO EXTEND DEADLINE

    Plaintiff Richard Iden moves to reopen and extend the March 10, 2025, deadline for him to either pay the filing fee or file a complete application to proceed *in forma pauperis* by 30 days, arguing that he requested his financial documents from prison officials in January 2025 and was told as of the date of the motion that his request is still "pending." (ECF No. 4).

    Good cause and excusable neglect appearing, it is hereby ordered that Iden's motion for an extension of time (ECF No. 4) is granted, and the deadline for him to address the matter of the filing fee is reopened and extended to May 1, 2025.

DATED: April 1, 2025

_____
UNITED STATES MAGISTRATE JUDGE